**COOPERIDER et v MYRE**

Ohio Appeals, 5th Dist, Licking Co
Decided Sept. 23, 1930

For full opinion see 175 NE 235; 37 Oh Ap 502 (Oh Bar 4-14-31).